UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE HAND PROMOTIONS, INC.,

        Plaintiff(s),

vs.

Case No. 10-11255

HON. GEORGE CARAM STEEH

EUGENE M. WILSON and
PINE TAVERN LLC
d/b/a Pinetree Tavern

        Defendant(s).
_____/

## ORDER REQUIRING APPEARANCE BY LOCAL COUNSEL AND CONDITIONALLY GRANTING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE

The Court has received an oral request by plaintiff's counsel to argue its Summary Judgment Motion by telephone from their New York offices. Pursuant to Local Rule 83.20(f) this court requires an appearance by local counsel. To date no such appearance on behalf of plaintiff has occurred.

Accordingly, plaintiff shall cause an appearance by local counsel in this matter on or before November 5, 2010. In the event local counsel has appeared in the case and attends the hearing on November 9, 2010, plaintiff's counsel will be permitted to argue its Motion by phone from New York. Failure to obtain local counsel in this matter as ordered, shall result in dismissal.

IT IS SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: October 25, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the parties/attorneys of record on October 25, 2010, by electronic and/or ordinary mail.

        s/Marcia Beauchemin
        Case Manager